# EXHIBIT A



CAUSE NO. CV23-00179

| | | |
|---|---|---|
| ADAM M. ARON, | § § | IN THE DISTRICT COURT |
| *Applicant* | § § | 235TH JUDICIAL DISTRICT OF |
| v. | § § | |
| NELSON WILLIS, | § § | |
| *Respondent.* | § | COOKE COUNTY, TEXAS |

## NOTICE OF NONSUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE:

NOW COME Plaintiff Adam M. Aron and, pursuant to Rule 162 of the TEXAS RULES OF CIVIL PROCEDURE, nonsuits all of the claims asserted against Defendant in the above entitled and numbered cause without prejudice.

Dated: July 31, 2023

Respectfully submitted,

By: /s/ Richard A. Illmer
Richard A. Illmer
State Bar No. 10388350
Rick.Illmer@HuschBlackwell.com
Meghann Reeves
State Bar No. 24094499
Meghann.Reeves@HuschBlackwell.com

HUSCH BLACKWELL, LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100 *Telephone*
(214) 999-6170 *Facsimile*

ATTORNEYS FOR APPLICANT ADAM M. ARON

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served on the pro se party via email through EFile Texas, certified mail, return receipt requested and U.S. First Class Mail on this 31st day of July, 2023 as follows:

*VIA CMRRR# 9314 8699 0430 0110 4367 93,*
*EMAIL: NELSONWILLIS3@GMAIL.COM,*
*& U.S. FIRST CLASS MAIL*
Nelson Willis
11667 Highway 82
Whitesboro, TX 76273

/s/ *Meghann Reeves*
Meghann Reeves

NOTICE OF NONSUIT WITHOUT PREJUDICE                                              PAGE 2
HB: 4865-8353-9316.1