

FILED

JUN 2 4 2024

Clerk, U.S. District Court
Texas Eastern

United States District Court
Eastern District of Texas,
Sherman Division

Case No. 4:23-cv-00732-ALM

June 24, 2024

SECONDARY NOTICE TO THE COURT REGARDING CONTINUED MALICIOUS PROSECUTION

To the Honorable Judge Amos L. Mazzant, III and to all parties of record:

I, Nelson Willis, plaintiff in the above-captioned case, hereby submit this secondary notification to bring to the Court's attention the continued malicious prosecution that I am experiencing at the hands of Defendants Richard A. Illmer and Meghann Reeves.

On December 22, 2023, Defendants re-filed the petition for a protective order against me in Case No. 04:23-cv-00732 in this honorable court. This action mirrors their previous attempts in the 235th District Court of Texas, Cooke County, presided over by Judge Janelle M. Haverkamp. These repeated efforts to obtain a protective order against Plaintyiff are without merit and seek to suppress Plaintiff's legitimate concerns regarding multiple fraudulent activities by AMC Theatres and its executives, including CEO Adam Aron.

As of June 15, 2023, at 7:00 AM, when I was served with the petition for the protective order, I have ceased all communication with CEO Adam Aron. Since that time, I have not initiated any contact with him or any other AMC representative, respecting the court's indication that further communication was unwelcome.

It is crucial to note that Plaintiff's communication with AMC's CEO and Investor Relations prior to June 15, 2023, was a direct response to the grave charges of fraud, illegal shareholder voting, and pernicious financial engineering committed by the CEO and the board of directors, and the vile conduct of a perverted sexual nature involving the sending of sexually explicit images of himself being _____ by another figure and sending them to a purported 17 year old Russian Ballerina named Mia. Had Ms. Sakoya Blackwood been a FBI Agent, this pervert CEO would have been arrested. As a matter of fact, he should still be arrested for this act. Did the board remove him as CEO? No. Why? Because they're compromised.

At no point was Plaintiff legally advised or directed to cease communication with these parties, nor was Plaintiff informed of any lawful restrictions in the communications with them until process was served on Plaintiff during the early hours of June 15, 2023.

Moreover, Plaintiff's emails to AMC's CEO and Investor Relations, were expressions of intent to pursue legal actions against defendant and other implicated parties for their pernicious financial criminal activities. In these emails, Plaintiff made a direct promise to this pervert CEO that Plaintiff, would see defendant, "penniless and in prison", And this is a promise Plaintiff intends to keep.

These communications were made in the context of whistleblowing and exercising Plaintiff's rights under the First Amendment to express contempt and demand accountability for their crimes.

Therefore, Plaintiff respectfully reiterate that this case is not about the content or tone of Plaintiff's emails but rather about the serious crimes and ethical breaches committed by AMC's leadership, which continue to harm shareholders and undermine the integrity of corporate governance. Plaintiff's promise to prosecute in those emails reflects Plaintiff's commitment to seeking justice and accountability through legal means.

In light of these ongoing developments and the continued malicious prosecution, Plaintiff requests the Court's attention and vigilance in ensuring fair proceedings and upholding Plaintiff's rights under the Constitution and applicable laws.

And lastly, but certainly not the least, if Plaintiff's emails were such a threat, this CEO, who did in fact email me on April 3, 2023 at 3:07 AM (SEE EXHIBIT A) and specifically claims and Plaintiff quotes, "this is your fifth hate field email this week very impressive. I hope your parents are alive to see your hateful emails not that I wish harm on anyone."

Plaintiff, felt endangered for himself and his sisters from this out of left field email from the defendant. Plaintiff's parents are deceased.

Defendant had Plaintiff's email address, actual name, not a pseudonym. He could've responded with a warning or a declaration of harassment, but he did nothing until Plaintiff sent the SEC an email.
If this had been a basketball court, instead of the 235th District Court of Texas and the Paul Brown courthouse United States, District Court, Eastern District of Texas Sherman division , Plaintiff's emails would've been considered trash talk, and nothing more. There is not one lie in Plaintiff's emails.

The bottom line is this hedge fund mole CEO received thousands of hateful emails from shareholders that have been ripped off and had 90% of their shares stolen and we are calling him out and he comes after Plaintiff? This defendant enriched himself and his two sons over the last 3 years by approximately $300 million US Dollars off the exploitation of shareholders. In the words of Jim Cramer, "If you've never met Adam Aron, you are in for a real treat. Not only is Adam a wonderful person he is one CEO WHO KNOWS HOW TO USE A SHAREHOLDER-BASE FOR FUN AND FOR PROFITS."
Then he pays himself $25 million dollar bonuses for destroying the share price and rigging shareholder votes.

Respectfully submitted,

Nelson Willis
Plaintiff, Pro Se

United States District Court

Eastern District of Texas, Sherman Division

NELSON WILLIS,

Plaintiff,

v.

ADAM M. ARON,

Defendant

Case No.: 4:23-CV-732-ALM-KPJ

Certificate of Service

I, Nelson Willis, hereby certify that on June 24, 2024, a true and correct copy of the foregoing document was, by filing with the Clerk Of The Court, sent via electronically mail to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*[signature]*

Nelson Willis

Pro Se Litigant