IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NELSON WILLIS,<br><br>             Plaintiff,<br><br>vs.<br><br>ADAM M. ARON,<br><br>             Defendant. | Case No.: 4:23-CV-732-ALM-KPJ |

### DEFENDANT ADAM M. ARON'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OBJECTIONS, DISCOVERY REQUEST, AND MOTION FOR MENTAL EVALUATION

Defendant Adam M. Aron ("Aron") requests that the Court exercise its sound discretion and deny Plaintiff's Supplemental Objection to the Report and Recommendation of the United States Magistrate Judge, Discovery Request, and Motion for Mental Evaluation filed on June 11, 2024 [Dkt. 44].

Aron refers the Court to his Response to Plaintiff's Objection to Report and Recommendation and Motion to Remove Judge filed on June 20, 2024 [Dkt. 48], which is incorporated herein by reference.

Further, Plaintiff failed to meet his burden to show that a mental evaluation of Aron is appropriate in this case under FED. R. CIV. P. 35.  Aron's mental state is not in controversy.[1]  Plaintiff's mental evaluation request is more harassment directed at Aron.  Plaintiff failed to meet his burden in showing good cause for this mental evaluation request.

---

[1] It is Aron who is seeking protection from Plaintiff due to Plaintiff's behavior, which includes online harassment and cyberstalking.  [*See* Dkt. 12].

**DEFENDANT ADAM M. ARON'S RESPONSE TO PLAINTIFF'S**
**SUPPLEMENTAL OBJECTIONS, DISCOVERY REQUEST, AND MOTION FOR MENTAL EVALUATION**            PAGE 1
HB: 4856-2964-4746.1

**CONCLUSION**

For all these reasons, this Court should deny Plaintiff's Supplemental Objection to the Report and Recommendation of the United States Magistrate Judge, Discovery Request, and Motion for Mental Evaluation filed on June 11, 2024 [Dkt. 44].

Respectfully submitted,

By: */s/ Richard A. Illmer*
  Richard A. Illmer
  State Bar No. 10388350
  rick.illmer@huschblackwell.com
  Meghann Reeves
  State Bar No. 24094499
  meghann.reeves@huschblackwell.com

**HUSCH BLACKWELL LLP**
1900 N. Pearl St., Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 *facsimile*

**ATTORNEYS FOR DEFENDANT ADAM M. ARON**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 25, 2024, a true and correct copy of the foregoing document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

  */s/ Richard A. Illmer*
  Richard A. Illmer