IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NELSON WILLIS, | § § | |
| Plaintiff, | § § | Case No.: 4:23-CV-732-ALM-KPJ |
| vs. | § § § | |
| ADAM M. ARON, | § § | |
| Defendant. | § | |

**ORDER DENYING PLAINTIFF'S MOTION TO REMOVE DISTRICT JUDGE**

Pending before the Court is Plaintiff Nelson Willis' Motion to Remove District Judge (the "Motion"), filed on July 22, 2024 [Dkt. 76]. Having considered the Motion, Defendant Adam M. Aron's Response, and the applicable law, the Court finds the Motion is not well taken and should be DENIED.