IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NELSON WILLIS,<br><br>        Plaintiff,<br><br>vs.<br><br>ADAM M. ARON,<br><br>        Defendant. | Case No.: 4:23-CV-732-ALM-KPJ |

### DEFENDANT ADAM M. ARON'S RESPONSE TO PLAINTIFF'S MOTION ALLEGING FRAUDULENT CONVEYANCE AND DEMAND FOR IMMEDIATE ACTION

Defendant Adam M. Aron ("Aron") requests that the Court exercise its sound discretion and deny Plaintiff's Motion Alleging Fraudulent Conveyance and Demand for Immediate Action (the "Motion"), filed on July 23, 2024 [Dkt. 78]. Plaintiff's Motion clearly lacks merit and should be denied. Indeed, the Motion is so utterly frivolous that no substantive response from Aron should be necessary. However, if the Court desires a substantive response from Aron, Aron is happy to comply with an Order directing same.

Respectfully submitted,

By: */s/ Richard A. Illmer*
Richard A. Illmer
State Bar No. 10388350
rick.illmer@huschblackwell.com
Meghann Reeves
State Bar No. 24094499
meghann.reeves@huschblackwell.com

**HUSCH BLACKWELL LLP**
1900 N. Pearl St., Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 *facsimile*

**ATTORNEYS FOR DEFENDANT**
**ADAM M. ARON**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 6, 2024, a true and correct copy of the foregoing document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Richard A. Illmer*
Richard A. Illmer