Nelson Willis

1405 County Rd. 208

Gainesville, TX 76240

nelsonwillis3@gmail.com

**D.**

FILED

JUN 18 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

June 18, 2023

The Honorable Chief Judge James Rodney Gilstrap

United States District Court

Eastern District of Texas

Paul Brown United States Courthouse

101 East Pecan Street Room 216

Sherman, Texas 75090

**Re: Motion for Judiciary Complaint Against Magistrate Judge Kimberly C. Priest Johnson**

Dear Chief Judge Gilstrap:

I am writing to file a formal complaint against Magistrate Judge Kimberly C. Priest Johnson regarding her conduct during my case, specifically in relation to her filing number 39 dated June 5, 2024.

**Nature of Complaint:**

1. **Background:**

   Magistrate Judge Kimberly C. Priest Johnson presided over several motions I filed, including a Motion for Emergency Halt and Cease-and-Desist Request Pursuant to Rule 65 of the Federal Rules of Civil Procedure (Dkt. 35), a Motion for Temporary Restraining Order (Dkt. 37), and another related motion (Dkt. 38). On June 5, 2024, after regular business hours and on the same day as a crucial shareholder vote at AMC Theatres, Magistrate Judge Priest Johnson issued a Report and Recommendations recommending that all Motions for Injunction (Dkts. 35, 37, 38) be denied.

2. **Specific Allegations:**

   - **Bias and Prejudgment:** Throughout the proceedings, Magistrate Judge Priest Johnson demonstrated bias and prejudgment against my motions. Her recommendation to deny the Motions for Injunction was made without due consideration of the urgent circumstances and legal merits presented in my motions.

   - **Procedural Errors:** Magistrate Judge Priest Johnson failed to provide a fair and impartial review of the motions. Her decision to deny the injunctions was not supported by the facts and legal arguments presented, and she did not adequately address the substantial harm I would suffer without immediate injunctive relief.

   - **False Declaration:** In her Report and Recommendations (Filing No. 39), Magistrate Judge Priest Johnson inaccurately stated that the lower court case in the 235th District Court was voluntarily dismissed by the defendant. This statement is factually incorrect and misleading.

   - **Delay Tactics:** By waiting until the day of the shareholder vote and after regular business hours to file her Report and Recommendations, Magistrate Judge Priest Johnson exhibited a disregard for the urgency of the motions and undermined the timely administration of justice in my case.

   - **Lack of Judicial Independence:** Her actions indicate a lack of judicial independence and impartiality, raising serious concerns about her ability to adjudicate fairly and neutrally.

3. **Impact:**

   - Magistrate Judge Priest Johnson's decision has severely prejudiced my case and undermined my rights to due process and access to justice. The delay and denial of the injunctions directly harmed my legal position and thwarted my ability to protect my interests effectively in ongoing legal proceedings.

4. **Supporting Evidence:**

- Attached as Exhibit A are transcripts or documents from the court proceedings that demonstrate Magistrate Judge Priest Johnson's biased handling of the motions and her false declaration regarding the state court case.

5. **Request for Action:**

- I respectfully request that the judicial conduct committee conduct a thorough investigation into Magistrate Judge Kimberly C. Priest Johnson's conduct in this matter. Specifically, I seek a review of her actions and a determination of appropriate disciplinary measures if warranted. Additionally, I request that Chief Judge James Rodney Gilstrap or the committee reconsider the recommendations made in filing number 39 and reassess the motions for injunction impartially.

I am prepared to provide further information or evidence as necessary to support this complaint. Thank you for your attention to this serious matter. I look forward to your prompt response and action.

Sincerely,

_____

Nelson Willis

Plaintiff Pro Se

Case No. 04:-23-cv-00732