FILED

AUG - 8 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

United States District Court
Eastern District of Texas
Sherman Division

Hon. Amos L. Mazzant, III
United States District Judge
101 E. Pecan Street
Sherman, TX 75090

August 8, 2024

Re: Case No. 4:23-cv-732-ALM-KPJ – Notice of Intent to Appeal and Legal Action**

Dear Judge Mazzant,

I am writing to formally put this Court on notice regarding the proceedings in my case, **Nelson Willis v. Adam M. Aron**, Case No. 4:23-cv-732-ALM-KPJ. As a pro se plaintiff, I have filed over 88 documents, presenting substantial evidence that has been systematically ignored. Despite this, my motions and complaints have not received the due consideration warranted by the severity and volume of the evidence provided.

### Procedural Concerns and Misconduct

The recent actions of Magistrate Judge Kimberly C. Priest Johnson, particularly the issuance of a Report and Recommendation (Document No. 88) immediately following my filing of a Motion for Summary Judgment (Document No. 80), raise significant procedural and ethical concerns. This recommendation appears to disregard the overwhelming evidence submitted and undermines the integrity of the judicial process. Furthermore, unresolved motions and judiciary complaints concerning the Magistrate Judge's conduct remain unaddressed, compounding my concerns regarding judicial impartiality and fairness.

### Intent to Appeal

Please be advised that any decision to dismiss this case will be met with an immediate appeal. I intend to exhaust all available legal remedies to ensure that justice is served. The continuous disregard for the evidence presented is not only a miscarriage of justice but also a violation of my rights as a litigant.

### Legal Action Against Attorneys and Judges

In addition to appealing any adverse decisions, I am prepared to press charges against the attorneys representing the defendant and any judges involved in ignoring critical evidence. This includes pursuing legal action for fraudulent behavior, procedural misconduct, and any other violations of federal and state laws that have occurred during these proceedings.

### Request for Immediate Attention

Given the gravity of these issues, I request that this Court:

1. Address the unresolved motion to remove Magistrate Judge Kimberly C. Priest Johnson.
2. Address the unresolved judiciary complaint regarding the Magistrate Judge's conduct.
3. Give due consideration to my Motion for Summary Judgment and the supporting supplemental filings.

### Conclusion

The integrity of the judicial process is paramount, and the actions taken in this case thus far have severely undermined it. I trust that this letter will be taken seriously and that appropriate actions will be taken to rectify the situation.

Thank you for your attention to this critical matter.

Respectfully submitted,

_____

Nelson Willis
Plaintiff Pro Se
1405 County Road 208
Gainesville, TX 76240
Phone: 972-533-4126
Email: nelsonwillis3@gmail.com