IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

NELSON WILLIS,
Plaintiff,

v.

ADAM M. ARON,
Defendant.

§
§
§ Civil Action No. 4:23-cv-732-ALM
§
§
§

**NOTICE OF ERRATA**

Plaintiff, Nelson Willis, proceeding pro se, respectfully submits this Notice of Errata to correct certain errors in the dates referenced in the "Supplemental to Plaintiff's Objection (94) to Magistrate Judge's Report and Recommendation (88)" filed on August 12, 2024. The corrections are as follows:

1. Page X, Line Y:
• Incorrect Date: June 27, 2023
• Corrected Date: July 27, 2023
2. Page X, Line Y:
• Incorrect Date: June 21, 2023
• Corrected Date: July 21, 2023
3. Page X, Line Y:
• Incorrect Date: June 21, 2023 at 3:08 PM CST
• Corrected Date: July 21, 2023 at 3:08 PM CST

These corrections do not affect the substance of the arguments presented in the Supplemental to Plaintiff's Objection (94). The Plaintiff requests that the Court take notice of these corrected dates for the accurate and fair adjudication of this case.

DATED: August 13, 2024

Respectfully submitted,

*/s/ Nelson Willis*
Nelson Willis
Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Errata has been served on all counsel of record via the court's electronic notification system on this 12th day of August, 2024.

_____
Nelson Willis
Plaintiff Pro Se
1405 County Road 208
Gainesville, TX 76240
Phone: 972-533-4126
Email: nelsonwillis3@gmail.com