# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NELSON WILLIS | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23CV732<br>JUDGE MAZZANT/JUDGE JOHNSON |
| ADAM M. ARON | § § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 6, 2024, the report of the Magistrate Judge (the "Report") (Dkt. #88) was entered containing proposed findings of fact and recommendations regarding Defendant Adam M. Aron's Motion to Dismiss Pursuant to Rule 12(b)(6) and Brief in Support (the "Motion to Dismiss") (Dkt. #10). The Report (Dkt. #88) recommends that the Motion to Dismiss (Dkt. #10) be granted and Plaintiff Nelson Willis's claims against Defendant be dismissed with prejudice. On August 9, 2024, Plaintiff filed objections (the "Objections") (Dkt. #94) to the Report (Dkt. #88).

The Court has conducted a *de novo* review of the Objections (Dkt. #94) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections (Dkt. #94) are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiff's Objections (Dkt. #94) are **OVERRULED** and the Magistrate Judge's Report (Dkt. #88) is **ADOPTED** as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motions to Dismiss (Dkt. #10) is **GRANTED** and Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**SIGNED this 23rd day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE