# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NELSON WILLIS | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   4:23CV732 |
| | § | |
| ADAM M. ARON | § | |

## ORDER

Pending before the Court are Plaintiff's Motion for Judicial Notice (Dkt. #104) and Plaintiff's Motion for Reconsideration of the District Judge's Memorandum Adopting the Magistrate's Report and Recommendation (Dkt. #105).   Pursuant to 28 U.S.C. § 636, the Court hereby **REFERS** the above-referenced motions to United States Magistrate Judge Bill Davis for consideration and a determination or recommended disposition.

**IT IS SO ORDERED**.

SIGNED this 30th day of October, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE