# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NELSON WILLIS, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-00732 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| ADAM M. ARON, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 19, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #113) that Plaintiff Nelson Willis's ("Plaintiff") Motion for Judicial Notice (Dkt. #104) and Motion for Reconsideration (Dkt. #105) be denied. On December 3, 2024, Plaintiff filed Objections (Dkt. #114) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #114) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion for Judicial Notice (Dkt. #104) is hereby **DISMISSED** for lack of jurisdiction and the Motion for Reconsideration (Dkt. #105) is hereby **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 14th day of January, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE