# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-40585
Summary Calendar

---

United States Court of Appeals
Fifth Circuit
**FILED**
June 24, 2025
Lyle W. Cayce
Clerk

Nelson Willis,

*Plaintiff—Appellant,*

*versus*

Adam M. Aron,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-732

---

Before Elrod, *Chief Judge,* Smith, and Graves, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

No. 24-40585

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on Nov 26, 2025

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit